UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.:  2:25-cv-02093-AB-AS | Date:    March 19, 2026 |
|---|---|

| Title:  *W-AP Cahuenga Owner VIII, L.P. v. Astrid Headley Page, et al.* |
|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Evelyn Chun | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:    [In Chambers] Order To Show Cause Re: Dismissal for Lack of Prosecution**

Plaintiff is **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

The below time periods have not been met.  Accordingly, the Court, on its own motion, orders Plaintiff to show cause, in writing, **on or before March 27, 2026,** why this action should not be dismissed for lack of prosecution.   This matter will stand submitted upon the filing of Plaintiff's response.  *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

☒      Defendant Lawrence R. Page was served via publication in the city or New York and Miami on the following dates: December 22, 2025, December 29, 2025, January 5, 2026, and January 12, 2026 (Dkts. 33 & 34).   Defendant Lawrence R. Page did not answer the complaint, yet Plaintiff has failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a).   Plaintiff can satisfy this order by seeking entry of default or by dismissing the complaint.

☒      Plaintiff obtained entry of default as to Defendant Astrid Headley Page
(Dkt. 37), pursuant to Fed. R. Civ. P. 55(a), but Plaintiff has not sought default
judgment, pursuant to Fed. R. Civ. P. 55(b).   Plaintiff can satisfy this order
by seeking default judgment or by notifying the Court that default judgment
will not be sought, at which point the clerk will close this matter.

**IT IS SO ORDERED**.

CV-90 (12/02)                    **CIVIL MINUTES – GENERAL**                    Initials of Deputy Clerk <u>EVC</u>