Miles D. Grant, Esq.        (SBN    89766)
Phillip A. Zunshine, Esq.   (SBN  339010)
**GRANT, KESSLER & ZUNSHINE, APC**
1331 India Street, San Diego, CA 92101
Tel: 619-233-7078; Fax: 619-233-7036
miles@gkzlaw.com; phillip@gkzlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| W-AP CAHUENGA OWNER VIII, L.P., a Delaware Limited Partnership <br><br><br> Plaintiff, <br><br> v. <br><br> ASTRID HEADLEY PAGE and LAWRENCE R. PAGE, <br><br> Defendants. | CASE NO. 25-cv-02093-AB-AS <br><br> **SUPPLEMENTAL DECLARATION OF PHILLIP A. ZUNSHINE IN RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION** <br><br> Judge:    Hon. André Birotte Jr. |

I, Phillip A. Zunshine, declare:

1.    I am an attorney licensed to practice under the laws of the State of California and I am a Partner at Grant, Kessler & Zunshine, APC, attorneys of record for Plaintiff in this action.  All facts set forth herein are based upon my personal knowledge, and if called upon as a witness, I can testify competently hereto.

2.    This Supplemental Declaration is filed in further response to the Order to Show Cause Re: Dismissal for Lack of Prosecution ("OSC") issued by the Court on March 19, 2026, at Dkt No. 39.

/ / /

3.  On March 22, 2026, Plaintiff submitted the Declaration of Phillip A. Zunshine (Dkt No. 40) in response to the OSC explaining that Plaintiff would be able to file its Motion for Default Judgment ("Motion") by April 10 given the impacted calendar of Plaintiff's three-attorney law firm.

4.  Having not received a response from the Court to the Declaration of Phillip A. Zunshine, Plaintiff provides this supplemental declaration to update on the Court on anticipated timing of filing the Motion.  Plaintiff has worked diligently to complete the moving papers for its Motion and will be able to file the Motion by April 2, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 27, 2026, at San Diego, CA.


*/s/ Phillip A. Zunshine*
Phillip A. Zunshine

I:\DOCS\23-176\A-Master\Pleadings\2026-03-27 Supplemental Declaration re OSC.docx

2

SUPPLEMENTAL DECLARATION OF PHILLIP A. ZUNSHINE IN RESPONSE TO OSC                    25-cv-02093