Miles D. Grant, Esq.          (SBN   89766)
Phillip A. Zunshine, Esq.     (SBN  339010)
**GRANT, KESSLER & ZUNSHINE, APC**
1331 India Street, San Diego, CA 92101
Tel: 619-233-7078; Fax: 619-233-7036
miles@gkzlaw.com; phillip@gkzlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| W-AP CAHUENGA OWNER VIII, L.P., a Delaware Limited Partnership<br><br>                              Plaintiff,<br><br>        v.<br><br>ASTRID HEADLEY PAGE, and, LAWRENCE R. PAGE,<br><br>                              Defendants. | CASE NO. 25-cv-02093-AS-AB<br><br>**NOTICE OF MOTION FOR DEFAULT JUDGMENT**<br><br>Judge:    Hon. André Birotte Jr.<br>Ctrm:    7B<br>Date:    May 8, 2026<br>Time:    10:00a.m. |

**TO ALL PARTIES:**

**PLEASE TAKE NOTICE** that on May 8, 2026, at 10:00a.m., or as soon thereafter as this matter may be heard in Courtroom 7B of the United States District Court for the Central District of California located at 350 West 1st Street, 7th Floor, Los Angeles, California 90012, W-AP CAHUENGA OWNER VIII, L.P. ("Plaintiff") will and hereby moves the Court under Fed. R. Civ. P. 55(b)(2) for an order entering default judgment against Defendants Lawrence R. Page ("Lawrence") and Astrid Headley Page ("Astrid") on the First, Second, Third, and Fifth Claims for Relief in Plaintiff's First Amended Complaint filed on August 13, 2025 at Dkt No. 23.

Plaintiff's Motion for Default Judgment ("Motion") seeks a default judgment against Astrid for $1,120,035.14 on Plaintiff's First and Second Claims for Relief for breach and anticipatory breach of a guaranty.

Plaintiff's Motion seeks a default judgment against Lawrence for $750,000 on Plaintiff's Third Claim for Relief for violation of Penal Code § 496(c).  Plaintiff's Motion also seeks a default judgment against Lawrence for $1,120,035.14 on Plaintiff's Fifth Claim for Relief for fraud.

Plaintiff's Motion is based on this Notice, the Memorandum of Points and Authorities, the Declarations of Ryan Hursh, Jennifer Cormack, and Phillip A. Zunshine, and all records, pleadings, documents, and exhibits filed in this action, as well as any other oral or documentary evidence the Court in its discretion may consider at the hearing on the Motion.

Dated: April 10, 2026                    GRANT, KESSLER & ZUNSHINE, APC

By:*/s/ Phillip A. Zunshine*
　　Phillip A. Zunshine
　　Attorneys for Plaintiff

X:\Data\23-176\C-Motions\Default Judgment\Notice of Motion.docx

NOTICE OF MOTION FOR DEFAULT JUDGMENT                    CASE NO. 25-CV-02093