**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

W-AP CAHUENGA OWNER VIII, L.P., a Delaware Limited Partnership

Plaintiff,

v.

ASTRID HEADLEY PAGE, and, LAWRENCE R. PAGE,

Defendants.

CASE NO. 25-cv-02093-AS-AB

**[~~PROPOSED~~] DEFAULT JUDGMENT**

On July 30, 2026, this Court granted Plaintiff W-AP CAHUENGA OWNER VIII, L.P.'s ("Plaintiff") Motion for Default Judgment against Defendants Lawrence R. Page ("Lawrence") and Astrid Headley Page ("Astrid"). (Dkt No. 48). In its Order, the Court found Astrid liable to Plaintiff for $1,120,035.14 based on Plaintiff's First and Second Claims for Relief for breach of guaranty and anticipatory breach of guaranty, and Lawrence jointly and severally liable to Plaintiff for this same $1,120,035.14 based on Plaintiff's Fifth Claim for Relief of fraud. The Court also found Lawrence separately liable to Plaintiff for $750,000 based on Plaintiff's Third Claim for Relief alleging violations of California Penal Code § 496(c).

**BASED ON THE FOREGOING, IT IS HEREBY ORDERED** as follows:

Judgment is entered in favor of W-AP CAHUENGA OWNER VIII, L.P. and against LAWRENCE R. PAGE and ASTRID HEADLEY PAGE in the amount of $1,120,035.14, jointly and severally, based on LAWRENCE R. PAGE's fraud and ASTRID HEADLEY PAGE's breach of guaranty and anticipatory breach of guaranty.

Judgment is also entered in favor of W-AP CAHUENGA OWNER VIII, L.P. and against LAWRENCE R. PAGE in the amount of $750,000 based on LAWRENCE R. PAGE's violations of California Penal Code § 496(c).

**IT IS SO ORDERED**.

DATED: August 11, 2026

HON. ANDRÉ BIROTTE JR
UNITED STATES DISTRICT JUDGE